IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN E. WHITE, | ) |
| Plaintiff, | ) |
| v. | ) CIV. ACT. NO. 2:18cv454-ECM |
| CORPORAL JOHNSON-MCDF, *et al.*, | ) |
| Defendants. | ) |

# **O R D E R**

On September 12, 2018, the Magistrate Judge entered a Recommendation (Doc. # 18) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court and to prosecute this action.

A separate Final Judgment will be entered.

DONE this 9th day of October, 2018.

/s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE